UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louis J. McAlister,

Plaintiff,

vs.

Union Central Life Insurance Company,

Defendant.

**Civil No. 01-1322 JRT/FLN**

**STIPULATION AND ORDER DISMISSING CASE**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed without prejudice and without costs to either party.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Dated: 4/18/, 2001

YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC

Elizabeth Yard Hochwarth, #30623X
Robert T. Dolan, #23346
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

ATTORNEYS FOR PLAINTIFF

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

Dated: November 17, 2001

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED, that the above-entitled action be and hereby is dismissed without prejudice and without costs to any party on the terms stipulated to and agreed by the parties.

Dated: Nov 14, 2001 BY THE COURT

John R. Tunheim
Judge of United States District Court

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600

RECEIVED
01 NOV 13 PM 12: 24

MICHAEL F. COCKSON
mcockson@faegre.com
612.766.8425

November 13, 2001

Clerk of Court
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**BY MESSENGER**

Re: Louis J. McAlister v. The Union Central Life Insurance Company

Dear Clerk of Court:

Enclosed is a Stipulation and Order Dismissing Case, which has been signed by the parties to the action. Please submit the document to Judge Tunheim for his approval.

Very truly yours,

Michael F. Cockson

MFC:ms
Enclosure
cc: Elizabeth Yard Hochwarth
bcc: Roger Treece, Esq.